**Oliver W. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101954**

Missouri Court of Appeals,
Eastern District,
***DIVISION THREE.***

Filed: September 8, 2015

Amanda Page Faerber, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Karen Louise Kramer, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM.

Oliver W. Johnson appeals the judgment denying his Rule 29.15[1] motion for post-conviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

---

1. All rule references are to Mo. R. Crim. P. (2015), unless otherwise indicated.

1. All references to Rules are to Missouri Supreme Court Rules (2014).